```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

EVIE PEPPERPOT,

               Plaintiff,

   - against -

LA ROSA DEL MONTE EXPRESS INC., ET AL.,

               Defendants.

23-cv-2968 (JGK)

<u>ORDER</u>

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 27, 2023.**

SO ORDERED.

Dated:   New York, New York
          June 14, 2023

                                                      /s/ John G. Koeltl
                                                     John G. Koeltl
                                              United States District Judge