```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| EVIE PEPPERPOT, | |
| Plaintiff, | 23-cv-2968 (JGK) |
| - against - | ORDER |
| LA ROSA DEL MONTE EXPRESS INC., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

This case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. By **August 18, 2023,** or as soon thereafter as can be scheduled, the parties and their counsel must participate in a mediation session. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith and report to the Court on the status within 7 days of the conclusion of the mediation.

SO ORDERED.

Dated:   New York, New York
         June 27, 2023

                                    _____
                                       John G. Koeltl
                                    United States District Judge