```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

EVIE PEPPERPOT,

                Plaintiff,

        23-cv-2968 (JGK)

    - against -

        ORDER

LA ROSA DEL MONTE EXPRESS INC., ET AL.,

              Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    As this matter is currently in mediation, the conference scheduled for Tuesday, August 9, 2023, at 3:30 p.m., is canceled.

SO ORDERED.

Dated:    New York, New York
            July 31, 2023

                                        John G. Koeltl
                             United States District Judge