UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVIE PEPPERPOT,<br><br>      Plaintiff,<br><br>    -against-<br><br>LA ROSA DEL MONTE EXPRESS INC., et al..,<br><br>      Defendants. | 23-cv-2968 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 9th Order, ECF No. 20, the parties were required to file a joint status letter, the contents of which are described therein, no later than August 22, 2023. To date, the parties have failed to comply with that Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 29, 2023, at 5:00 p.m.**

  SO ORDERED.

Dated: August 28, 2023
    New York, New York

                        _____
                          ARUN SUBRAMANIAN
                         United States District Judge